429 A.2d 86

Edward Don & Co. v. Periwinkle Restaurant, Appellant.

Submitted December 6, 1979.   Gary F. DiVito, for appellant;   Marvin H. Levin, for appellee.

Before BROSKY, WICKERSHAM, and ROBERTS, JJ.*

The order of November 28, 1978 is affirmed.

429 A.2d 86

Florig Equipment Co., Appellant v. Robert Florig et al.

Argued September 11, 1979.   Arthur L. Jenkins, Jr., for appellant;   Edward F. Kane, submitted a brief on behalf of Robert Florig et al, appellee.

Before CERCONE, P. J., and WATKINS, and HOFFMAN, JJ.

Affirmed.